IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: McCraven Jr, Tom

Printed: 02/24/09

Case Number: 08 B 18043
Judge: Hollis, Pamela S
Filed: 7/14/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: February 23, 2009
Confirmed: October 27, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,100.00 |  |
| Secured: |  | 1,110.12 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 851.73 |
| Trustee Fee: |  | 138.15 |
| Other Funds: |  | 0.00 |
| Totals: | 2,100.00 | 2,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chang & Carlin LLP | Administrative | 2,763.00 | 851.73 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | American General Finance | Secured | 1,952.26 | 88.36 |
| 5. | Lincolnway Management | Secured | 1,292.00 | 43.00 |
| 6. | Ford Motor Credit Corporation | Secured | 10,754.82 | 978.76 |
| 7. | EMC Mortgage Corporation | Secured | 8,451.80 | 0.00 |
| 8. | Litton Loan Servicing | Secured | 34,287.91 | 0.00 |
| 9. | Internal Revenue Service | Priority | 1,154.47 | 0.00 |
| 10. | Rebecca Ratz | Priority | 11,047.61 | 0.00 |
| 11. | Illinois Dept Of Healthcare And Family | Priority | 8,590.47 | 0.00 |
| 12. | Lincolnway Management | Unsecured | 1,467.09 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | 233.00 | 0.00 |
| 14. | National Capital Management | Unsecured | 1,009.59 | 0.00 |
| 15. | Drivers Solutions Inc | Unsecured | 5,395.00 | 0.00 |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | 600.00 | 0.00 |
| 17. | Asset Acceptance | Unsecured | 468.46 | 0.00 |
| 18. | RMI/MCSI | Unsecured | 845.00 | 0.00 |
| 19. | Ford Motor Credit Corporation | Unsecured | 0.59 | 0.00 |
| 20. | RoundUp Funding LLC | Unsecured | 447.66 | 0.00 |
| 21. | Nicor Gas | Unsecured | 1,705.43 | 0.00 |
| 22. | Internal Revenue Service | Unsecured | 100.00 | 0.00 |
| 23. | AT&T Wireless | Unsecured | 1,009.50 | 0.00 |
| 24. | Internal Revenue Service | Priority |  | No Claim Filed |
| 25. | Capital One | Unsecured |  | No Claim Filed |
| 26. | MRSI | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McCraven Jr, Tom | Case Number: | 08 B 18043 |
|---|---|---|---|
| | | Judge: | Hollis, Pamela S |
| Printed: | 02/24/09 | Filed: | 7/14/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Capital One | Unsecured | | No Claim Filed |
| 28. | Illinois Dept of Revenue | Unsecured | | No Claim Filed |
| 29. | RMI/MCSI | Unsecured | | No Claim Filed |
| 30. | RMI/MCSI | Unsecured | | No Claim Filed |
| 31. | MRSI | Unsecured | | No Claim Filed |
| | | | $ 93,575.66 | $ 1,961.85 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 29.66 |
| 6.6% | 108.49 |
| | $ 138.15 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*